# Grushko & Mittman, P.C.
*Attorneys at Law*
*515 Rockaway Avenue*
*Valley Stream, NY 11781*
*(212) 697-9500*
*(212) 697-3575 (Telecopier)*
*www.grushkomittman.com*
*counslers@aol.com (e-mail)*

*Edward M. Grushko*     *Eliezer Drew\**
*Barbara R. Mittman*     *\*Admitted in NY/NJ*



February 14, 2020

VIA ECF and
Failla_NYSDChambers@nysd.uscourts.gov

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Alpha Capital Anstalt et al. v. Chilton Domestic Energy LLC et al.* **19-cv-11005 (KPF)**

Dear Judge Failla:

I am writing to the Court regarding the Preliminary Conference scheduled for February 21, 2020. As service has not been completed, I respectfully request the Court reschedule the conference for about six weeks from now.

Respectfully submitted,

Eliezer Drew

Application GRANTED. The initial pretrial conference currently scheduled for February 21, 2020, is hereby ADJOURNED to March 31, 2020, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: February 14, 2020
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE