# Grushko & Mittman, P.C.

*Attorneys at Law*
*515 Rockaway Avenue*
*Valley Stream, NY 11781*
*(212) 697-9500*
*(212) 697-3575 (Telecopier)*
*www.grushkomittman.com*
*counslers@aol.com (e-mail)*

*Edward M. Grushko*  *Eliezer Drew\**
*Barbara R. Mittman*  *\*Admitted in NY/NJ*



March 27, 2020

VIA ECF and
Failla_NYSDChambers@nysd.uscourts.gov

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Alpha Capital Anstalt et al. v. Chilton Domestic Energy LLC et al.* **19-cv-11005 (KPF)**

Dear Judge Failla:

I am writing to the Court regarding the Preliminary Conference scheduled for March 31, 2020. Service has been completed but the Defendants have not yet appeared. Accordingly, I respectfully request the Court reschedule the conference for about six weeks from now.

Respectfully submitted,

Eliezer Drew

Application GRANTED. The initial pretrial conference currently scheduled for March 31, 2020, is hereby ADJOURNED to May 21, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: March 27, 2020  SO ORDERED.
       New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE